1  IAN WALLACH (SBN 237849)
2  THE LAW OFFICES OF IAN WALLACH, P.C.
   5777 West Century Boulevard, Suite 750
3  Los Angeles, CA  90045
4  E-mail: iwallach@wallachlegal.com
   Tel.:  (213) 375-0000
5  Fax.:  (213) 402-5516

6
   *Attorney for Defendant*,
7  Abraham Guajardo

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                  WESTERN DIVISION

12

13                                         Case No: 8:22-cr-00034-11-FWS

14 UNITED STATES OF AMERICA,

15                       Plaintiff,        *UNOPPOSED* EX PARTE
                                           APPLICATION OF DEFENDANT
16 v.                                      ABRAHAM GUAJARDO TO AMEND
                                           CAPTION OF INDICMENT AND
17                                         FUTURE PLEADINGS TO REFLECT
18 ABRAHAM GUAJARDO (improperly            PROPER SPELLING OF NAME;
   listed in captions as ABRAHAM           [PROPOSED] ORDER
19 GUAJARDO),
20                       Defendant.        *Before The Hon. Fred W. Slaughter*

21

22       To the Honorable Fred W. Slaughter, United States District Judge; United States

23 Attorney Bilal A. Essayli; Assistant United States Attorney Caitlin Jean Campbell;

24 Assistant United States Attorney Christopher Matthews; Assistant United States

25 Attorney Danbee C. Kim; Assistant United States Attorney Grace H. Bowen; Assistant

26

27

28

                                    1

1   United States Attorney Gregory Shepherd Scally; Assistant United States Attorney

2   Gregory W. Staples; and/or representatives; and Abraham Guajardo[1]:

3          Ian Wallach, counsel for defendant Abraham Guajardo, submits this application

4   to seek correction of Mr. Guajardo's last name as such is misspelled on the caption, and

5   to identify Mr. Guajardo on all future court submissions as "Abraham Guajardo, aka

6   Abraham Guarjardo."

7          This application is based on this notice and the grounds set forth in the below

8   declaration.

9          The Government has no objection to this application, provided that "Abraham

10  Guarjardo" is also listed as an AKA on future pleadings.

11

12  Respectfully Submitted,

13

14  DATED:  October 19, 2025              By:   _Ian Wallach_____

15                                              _____

16                                              Ian Wallach

17                                              *Attorney For Defendant*,
                                                Abraham Guajardo

18

19

20

21

22

23

24

25

26

27

28
_____

[1] Mr. Guajardo's name in improperly written in the caption as "Guarjardo".

DECLARATION

I, Ian Wallach, hereby state and swear as follows:

1.  I am a member of the Bar of the State of California and have been appointed to represent Abraham Guajardo[2] ("Mr. Guajardo") in this matter under the Criminal Justice Act.

2.  The Indictment in this matter incorrectly identifies Mr. Guajardo as "Abraham Guarjardo) [ECF 25].

3.  The ECF system properly reflects Mr. Guajardo's name as Abraham Guajardo.

4.  I corresponded with Assistant United States Attorney Gregory Shepherd Scally on October 7, 2025, who indicated that the Government does not object to this *ex parte* application provided that future captions also list "Abraham Guarjardo" as an AKA.

5.  In light of the above, Mr. Guajardo reflects that all future pleadings and submissions identify Mr. Guajardo as "ABRAHAM GUAJARDO, *AKA* ABRAHAM GUARJARDO."

Respectfully Submitted,

DATED:  October 19, 2025                    By:  _____

                                                 Ian Wallach
                                                 *Attorney For Defendant*,
                                                 Abraham Guajardo

_____

[2] Mr. Guajardo's name in improperly written in the caption as "Guarjardo".

1
DECLARATION